614

167 So. 917

**Frank BEVINS v. STATE.**

**4 Div. 246.**

Court of Appeals of Alabama.
April 7, 1936.

RICE, Judge.
Affirmed.

171 So. 922

**Allen BIRCH v. STATE.**

**6 Div. 82.**

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Appeal dismissed.

167 So. 917

**BIRMINGHAM ELECTRIC CO. v. BOYD CO.**

**6 Div. 880.**

Court of Appeals of Alabama.
March 10, 1936.

Lange, Simpson & Brantley, of Birmingham, for appellant.
Chester Austin, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

164 So. 914

**BIRMINGHAM GAS CO. v. Katherine H. CORNELIUS et al.**

**6 Div. 793.**

Court of Appeals of Alabama.
Nov. 19, 1935.

Bradley, Baldwin, All & White, of Birmingham, for appellant.
Morris Loveman and A. Leo Oberdorfer, both of Birmingham, for appellees.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

167 So. 917

**John BISHOP v. STATE.**

**8 Div. 307.**

Court of Appeals of Alabama.
March 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

165 So. 913

**Sam BLACK v. CITY OF GUNTERSVILLE.**

**8 Div. 171.**

Court of Appeals of Alabama.
Feb. 18, 1936.

Wm. C. Rayburn, of Guntersville, for appellant.
Claud D. Scruggs, of Guntersville, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 914

**Johnie BLACKBURN v. STATE.**

**8 Div. 233.**

Court of Appeals of Alabama.
Nov. 5, 1935.

Rehearing Denied Nov. 26, 1935.

615

Fred S. Parnell, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

169 So. 905
**Webster BLAKE v. STATE.**
**7 Div. 176.**

Court of Appeals of Alabama.
July 9, 1936.

PER CURIAM.
Appeal withdrawn.

171 So. 922
**Clarence BLEVINS v. STATE.**
**6 Div. 977.**

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 914
**A. H. BLOUNT v. J. H. STEWART.**
**4 Div. 167.**

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Appeal dismissed.

165 So. 914
**Carter BONDS v. CITY OF GUNTERS-**
**VILLE.**
**8 Div. 173.**

Court of Appeals of Alabama.
Feb. 4, 1936.

Wm. C. Rayburn, of Guntersville, for appellant.

Claud D. Scruggs, of Guntersville, for appellee.

RICE, Judge.
Affirmed.

169 So. 905
**J. T. BONNER v. STATE.**
**5 Div. 14.**

Court of Appeals of Alabama.
June 2, 1936.

SAMFORD, Judge.
Affirmed.

174 So. 898
**Olen BOSHELL v. STATE.**
**6 Div. 94.**

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Appeal dismissed.